IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JESSE THOMAS, | | |
| | Plaintiff, | |
| | | Case No. 07-CV-07131 |
| v. | | |
| | | Honorable Judge Ronald A. Guzman |
| EXXON MOBIL CORP., | | |
| | Defendant. | |

## JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff hereby demands a trial by jury.

 

Respectfully submitted,
Jesse Thomas

By: s/Aaron B. Maduff
       One of his attorneys

Aaron B. Maduff
Atty. No. 6226932
Maduff & Maduff, LLC
One East Wacker Dr.
Suite 2122
Chicago, Illinois 60601
312/276-9000