AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

NORTHERN                DISTRICT OF            ILLINOIS
### EASTERN DIVISION

JESSE THOMAS,                          )
                                       )
            Plaintiff,                 )
                                       )
v.                                     )        CASE NO. 07-cv-7131
                                       )        JUDGE GUZMAN
EXXON MOBIL CORP.,                     )        MAGISTRATE JUDGE MASON
                                       )
            Defendant.                 )

## APPEARANCE

**To the Clerk of this court and all parties of record:**

      **Please enter my appearance as counsel in this case for** Defendant, Exxon Mobil

Corporation. [1]

---

[1]    Plaintiff was employed at ExxonMobil Lubricants & Petroleum Specialties Company, a division of Exxon Mobil Corporation.

Respectfully submitted,

OGLETREE DEAKINS NASH SMOAK
  & STEWART, P.C.


By: s/ Jan Michelsen
       Jan Michelsen, #18078-49

Ogletree Deakins Nash Smoak
  & Stewart, P.C.
111 Monument Circle
Suite 4600
Indianapolis, Indiana  46204        Attorney for Defendant
317/916-1300                Exxon Mobil Corporation

## CERTIFICATE OF SERVICE

     I certify that a copy of the foregoing Appearance has been filed electronically, this 20th day of March, 2008.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system:

    Aaron B. Maduff
    Maduff & Maduff, LLC
    One East Wacker Drive
    Suite 2122
    Chicago, Illinois  60601


s/ Jan Michelsen
Jan Michelsen

6161570.1