UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Jesse Thomas
      Plaintiff,

v.            Case No.: 1:07–cv–07131
            Honorable Ronald A. Guzman

Exxon Mobil Corp
      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 11, 2008:

  MINUTE entry before Judge Honorable Ronald A. Guzman: Rule 26(a)(1) disclosures by 5/12/08. Status hearing held on 4/11/2008. Amended pleadings and joinder of parties due by 7/15/2008. Fact discovery ordered closed by 9/8/2008. Dispositive motions due by 10/8/2008.Status hearing set for 9/17/2008 at 09:30 AM. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.