IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JESSE THOMAS,<br><br>                       Plaintiff,<br><br>     v.<br><br>EXXON MOBIL CORP.,<br>                       Defendant. | No. 07-CV-7131<br><br>Honorable Judge Guzman<br><br>Magistrate Judge Mason |

**NOTICE OF MOTION**

To:
Jan Michelsen
Ogletree Deakins Nash Smoak & Stewart
111 Monument Circle, Suite 4600
Indianapolis, Indiana 46204

     PLEASE TAKE NOTICE that on Tuesday, May 6, 2008, at 9:30 a.m. I shall appear before the Honorable Judge Guzman in the Courtroom usually occupied by him and then and there present, Plaintiff's Combined Motion to Dismiss and Motion to Strike Defendant's Affirmative Defenses, a copy of which is attached hereto and herewith served upon you.

                                                                             s/Aaron B. Maduff

**CERTIFICATE OF SERVICE**

     I, Aaron B. Maduff, hereby certify that I served a copy of the Notice of Motion to the party listed above by filing the same electronically with the United States District Court for the Northern District of Illinois by 5:00 p.m. on Thursday, May 1, 2008.

                                                                             s/Aaron B. Maduff

Aaron B. Maduff
Atty. No. 6226932
Maduff & Maduff, LLC
One East Wacker Drive
Suite 2122
Chicago, IL 60601
(312)276-9000