UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JESSE THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CASE NO. 1:07-cv-07131** |
| | ) | |
| EXXON MOBIL CORP, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, May 29, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Ronald A. Guzman United States District Court Judge, in the courtroom usually occupied by him (Courtroom 1219) in the United States District Courthouse, 219 South Dearborn Street Chicago, Illinois 60604, or before such other judge as then may be sitting in his place, and shall then and there present the attached UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMBINED MOTION TO DISMISS AND MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES.

Respectfully submitted,

EXXON MOBIL CORPORATION

Dated this 27st day of May, 2008.

s/ Jennifer L. Colvin
Jan Michelsen, #18078-49
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
111 Monument Circle
Suite 4600
Indianapolis, Indiana  46204
317/916-1300

Jennifer L. Colvin (IL#6274731)
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
Two First National Plaza, Twenty-Fifth Floor
20 South Clark Street
Chicago, Illinois 60603-1891
Telephone: (312) 558-1220

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on this 27th day of May, 2008 she electronically filed the foregoing NOTICE OF MOTION with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Aaron B. Maduff
>Maduff & Maduff, LLC
>One East Wacker Drive
>Suite 2122
>Chicago, Illinois  60601

>s/ Jennifer L. Colvin

>Jennifer L. Colvin (IL#6274731)
>OGLETREE, DEAKINS, NASH,
>  SMOAK & STEWART, P.C.
>Two First National Plaza, Twenty-Fifth Floor
>20 South Clark Street
>Chicago, Illinois 60603-1891
>Telephone: (312) 558-1220
>Fax: (312) 807-3619
>E-mail: jennifer.colvin@odnss.com