UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Jesse Thomas
                Plaintiff,

v.                           Case No.: 1:07–cv–07131
                                                  Honorable Ronald A. Guzman

Exxon Mobil Corp
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 28, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman:Motion by Defendant Exxon Mobil Corp for extension of time to file response as to motion to strike answer to complaint[14][16] [19] is granted. Responses due by 6/6/2008. Reply due by 6/20/2008. Ruling to be by mail. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.