UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JESSE THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07-cv-07131 |
| | ) | JUDGE GUZMAN |
| EXXON MOBIL CORP, | ) | MAGISTRATE JUDGE MASON |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

Defendant Exxon Mobil Oil Corporation ("ExxonMobil"), by counsel, moves for an order extending the deadlines for various pretrial activities, including close of discovery (current deadline is September 8, 2008), and filing of dispositive motions (current deadline is October 8, 2008). In support of this Motion, Defendant shows as follows:

PLEASE TAKE NOTICE that on Thursday, September 11, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Ronald A. Guzman United States District Court Judge either in person or, if granted permission by the Court, telephonically, in the courtroom usually occupied by him (Courtroom 1219) in the United States District Courthouse, 219 South Dearborn Street Chicago, Illinois 60604, or before such other judge as then may be sitting in his place, and shall then and there present the attached *Motion to Extend Deadlines for Discovery and Dispositive Motions*.

        Respectfully submitted,

        OGLETREE DEAKINS NASH SMOAK
         & STEWART, P.C.

    By: s/ Jan Michelsen
         Jan Michelsen, #18078-49

Ogletree Deakins Nash Smoak
 & Stewart, P.C.
111 Monument Circle
Suite 4600
Indianapolis, Indiana  46204        Attorneys for Defendant
317/916-1300        Exxon Mobil Oil Corporation

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing *Notice of Motion* has been filed electronically, this 2nd day of September, 2008.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

    Aaron B. Maduff
    Anne Kim
    Maduff & Maduff, LLC
    One East Wacker Drive
    Suite 2122
    Chicago, Illinois  60601

        s/ Jan Michelsen
        Jan Michelsen

6615942.1 (OGLETREE)