## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Jesse Thomas

           Plaintiff,

v.

                                   Case No.: 1:07–cv–07131

Exxon Mobil Corp                        Honorable Ronald A. Guzman

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 11, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman: Motion hearing held on 9/11/2008. Motion by Defendant for extension of time to complete discovery and dispositive motions [24] is denied. Motion by Defendant for protective order [26] is denied. Dispositive motions due by 10/8/2008. Status hearing set for 9/17/08 is reset to 10/10/2008 at 09:30 AM.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.